**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARTHA BARABAS,<br><br>                    Plaintiff,<br><br>v.<br><br>BARNES & NOBLE COLLEGE BOOKSELLERS, BARNES & NOBLE EDUCATION, INC., CENGAGE LEARNING, INC., FOLLETT HIGHER EDUCATION GROUP, MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC.,<br><br>                    Defendants. | Civil Action No. 20-02442 (FLW/TJB)<br><br><br>**NOTICE OF APPEARANCE** |

**TO:** Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that Linda G. Harvey, Esq. of the law firm of Greenberg Dauber Epstein & Tucker, PC, hereby enters an appearance in this case on behalf of Defendant Follett Higher Education Group.

Dated:  March 24, 2020

By:_____/s/ *Linda G. Harvey*_____
     Linda G. Harvey, Esq.
     GREENBERG, DAUBER, EPSTEIN & TUCKER, PC
     One Gateway Center, Suite 600
     Newark, NJ 07102
     973-643-3700
     *Attorneys for Defendant*
     *Follett Higher Education Group*